**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANJEET SINGH,<br><br>        Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; AND DOES 1 TO 10, INCLUSIVE,<br><br>        Defendants. | CASE NO. 2:18-cv-10734 CJC (MRWx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: 12/28/18 |

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:18-cv-10734 CJC (MRWx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

IT IS SO ORDERED.

Dated: May 10, 2019

_____
Hon. Cormac J. Carney
United States District Judge

**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**